AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the **District of Wyoming**

**MARTIN AKANDAWEN,**

*Plaintiff,*

v.

**THE TRUSTEES OF THE UNIVERSITY OF WYOMING, a body corporate,**

*Defendant.*

Civil Action No. 26-CV-320-K

## SUMMONS IN A CIVIL ACTION

**To:** *(Defendant's name and address)*

**The Trustees of the University of Wyoming**
c/o Chair, Board of Trustees
Old Main, Room 206
1000 E. University Avenue, Dept. 3434
Laramie, Wyoming 82071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Martin Akandawen, Plaintiff Pro Se**
1304 East Gibbon St, Apt 3
Laramie, WY, 82072
Telephone: 3077612496
Email: martinakandawen@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: October 18, 2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. ____________________

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for ____________________________________________________________
*(name of individual and title, if any)*

was received by me on (date) ________________________________.

☐ I personally served the summons on the individual at (place) ______________________________
on (date) ______________________________; or

☐ I left the summons at the individual's residence or usual place of abode with (name)
____________________________________, a person of suitable age and discretion who resides there,
on (date) _______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) __________________________________________, who is
designated by law to accept service of process on behalf of (name of organization)
___________________________________________________ on (date) ______________________; or

☐ I returned the summons unexecuted because _____________________________________________
______________________________________________________________________________; or

☐ Other (specify): _________________________________________________________________
______________________________________________________________________________.

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________.

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________________
*Server's signature*

________________________________________
*Printed name and title*

________________________________________
*Server's address*

**Additional information regarding attempted service, etc:**

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________